ACCEPTED
03-14-00499-CV
3963251
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 11:30:46 AM
JEFFREY D. KYLE
CLERK

**No. 03-14-00499-CV**

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 11:30:46 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| ROBERT LEE MARTIN | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 331ST JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. 95-5530

**STATE'S THIRD MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) The appellant was convicted of Aggravated Sexual Assault and was sentenced to life in the Texas Department of Criminal Justice Institutional Division. The appellant filed a motion for appointment of counsel pursuant to Chapter 64 of the

1

Texas Code of Criminal Procedure. This motion was denied by the Trial Court on July 18, 2014. The appellant filed his notice of appeal in the above cause on August 15, 2014. Appellant submitted a pro se brief that was marked filed by this Court on October 30, 2014.

(b)     The State's brief is currently due on **January 30, 2015**.

(c)     This request is that the deadline for filing the State's brief be extended by **10 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **two**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since the appellant's brief was filed, the undersigned attorney has completed and filed an original brief in two other pending appellate cases, (i.e., *Eduardo Mora-Hernandez v. State of Texas,* No. 03-13-00548-CR; and *Terry Atkins v. State of Texas,* No. 03-13-00509-CR). The undersigned attorney has also filed a response to two pending Petitions for Writ of Mandmaus, (i.e., *In re Jose L. Aguirre,* No. 03-14-00582-CV; and *In re Donald Aekins,* No. 03-15-00004-CV). The undersigned attorney is responsible for preparing the State's brief in two other pending appellate

2

cases (i.e., *Samuel Adkins v. State of Texas,* No. 03-14-00285-CR; and *In the Matter of R.J.,* No. 03-14-00389-CR).

2. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **February 9, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Kathryn A. Scales*
Kathryn A. Scales
Assistant District Attorney
State Bar No. 00789128
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. (512) 854-4810
Kathryn.Scales@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF INABILITY TO CONFER WITH *PRO SE* APPELLANT

I hereby certify, based on information and belief, that the appellant, whose brief was filed *pro se*, is currently in custody at the Clements Unit of the Texas Department of Criminal Justice Institutional Division and is unavailable to confer by telephone with undersigned counsel about whether the appellant opposes the instant motion for an extension of the deadline for filing the State's brief.

Further, even though this appeal has been assigned a cause number ending in "-CV" rather than "-CR," the appellant's claim is inherently criminal, not civil, in nature. A certificate of conference is not generally required to be included in a motion to extend the deadline for filing the appellee's brief in a criminal case.

*/s/ Kathryn A. Scales*
Kathryn A. Scales
Assistant District Attorney

4

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 354 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Kathryn A. Scales*
Kathryn A. Scales
Assistant District Attorney


## CERTIFICATE OF SERVICE

I hereby certify that, on the 30th day of Janaruy, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant, Robert Lee Martin, TDCJ #1050629, Clements Unit, 9601 Spur 591, Amarillo, Texas 79107-9606.

*/s/ Kathryn A. Scales*
Kathryn A. Scales
Assistant District Attorney